EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PATRICIA KENNEDY,

          Plaintiff,

v.                                  Case No: 9:17-cv-80103-RLR

OMEGA GAS & OIL, LLC,

          Defendants,

_____/

STATEMENT OF CARLOS M. HERRERA PURSUANT TO 28 U.S.C. 1746

        My name is Carlos M. Herrera. Except as is specifically stated below, or as may be obvious from the context, I have personal knowledge of the matters set forth below.

        1. My professional qualifications for determining ADA compliance matters are set out in the resume attached to this statement as Exhibit 1.

        2. On or March 20, 2017, I performed an ADA compliance inspection of the Defendant's property, service station located at or about Plaza located at or about 1974 Congress Avenue, West Palm Beach, Florida, for the purpose of determining whether or not the property was in compliance with the requirements of the ADA. I concluded that it was not in compliance with the ADA and applicable regulations.

        3. My report of that inspection documents the ways in which the property did not comply with the ADA, and states what needs to be done to bring the property into compliance. A

copy of my report is appended to this Statement as Exhibit 2. The photographs show the specific locations of each violation.

4. I also prepared an addendum to that report which is based upon photographs which I understand show the condition of the property prior to the date on which I am advised this lawsuit was filed. The addendum, which is attached to this Statement as Exhibit 3, identifies the violations shown in those photographs.

6. Without allowing for the preparation of architectural drawings if necessary, and unforeseeable contingencies, such as Acts of God, material shortages, delays in permitting, and the like, the construction work described in Exhibit 2 can be completed within 3 months.

7. I also note that places of public accommodation are obligated to maintain the features and equipment required to be readily achievable and adhere to policies, practices, and procedures sufficient to ensure that disabled persons have the same access to goods, services, facilities, privileges, advantages and accommodations as the non-disabled public and ensure that the facility remains compliant.

8. Concrete and asphalt tend to crack, crumble and pit due to normal wear and tear. Therefore, curb ramps, curb cuts, and the ground surfaces of parking spaces and access aisles must be properly maintained. Paint fades quickly due to exposure to the elements and must also be maintained. Parking signs may fall down. All of the following must be maintained.

9. The evidence of failures to maintain the property are identified in my reports. For example, the addendum, based on photographs I understand were taken before this lawsuit was filed show equipment and a dumpster encroaching on the handicapped parking space (Exhibit 3, items 3 & 4, and photographs 001 and 002). The report shows the handicapped space now obstructed by furniture (Exhibit 2, item 12, photo 003). Taken together, the two reports and

photographs demonstrate a continuing failure to maintain the accessible parking space free from obstacles.

Pursuant to 28 U.S.C. 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.

July 17, 2017

_____

Date

_____

Carlos M. Herrera

EXHIBIT 1

# Carlos M. Herrera

4979 S.W. 165TH AVENUE
MIRAMAR FLORIDA  - 33027
CEL. (305) 336-0007
EMAIL: CHERRERA@SQUARE-FEET.US

## Summary

Solution-focused, self-motivated civil engineer with experience in preparing construction documents for residential projects in different local building departments, as well as other processes such as permits, licensing, change of use, variance application, state historic designation, state accessibility waivers, RFQ/RFP preparation for bids, etc. Initiative and adaptable proficient professional with a positive attitude toward learning and professional growth and a huge sense of commitment to every project involved in, working effectively, either in a group environment or independently. Also extensive experience in performing plan review for commercial projects code compliance –specializing in accessibility- in different states and managing client's national plan review projects. Excellent client care and project management abilities. Proficient in Internet and Codes research, AutoCAD 2008, Outlook and Microsoft Office.

### Design and Technical Skills

- Planning, developing and executing of operational projects
- Analysis report capacity in order to make decisions for improvement plans
- Budget preparation and coordination
- Analysis of the financial statements and investment projects
- Negotiation techniques

### Organizational/Team Building Skills

- Being able to meet deadlines
- Developed multiple projects in a group environment and independently
- Working in a multicultural environment
- Working under pressure
- Auto motivated.
- Excellent interpersonal relationships
- Leadership
- Process improvement passion

### Strengths

- Excellent Communication Skills
- Project Management
- Team Leadership
- Problem Resolution Abilities
- Excellent Attention to Detail and Product Quality
- Fluent In English and Spanish

## Professional Experience

**SQUARE FEET CONTRACTORS**                                    2006 - PRESENT
*Principal*

ADA Specialized Services
Square Feet Contractors provides our clients with ADA construction services. We are with our clients from the initial construction survey through final inspection, up to the last step of making sure the work is completed correctly. We are dedicated to making the process stress free, cost-effective and as expedient as possible.
Other Contractors simply provide clients with construction services. This is not the case with Square Feet Contractors. We have 10 years of experience in the ADA field. If the client has already started the ADA compliance process, Square feet Contractors will be happy to help them through the remainder of the process.

Our in-house services include:

ADA alterations, renovations, and barrier removal Project Management
ADA construction Cost Estimating and Specifications
ADA construction Building Inspections and Certifications
ADA alterations, renovations, and barrier removal General Contracting

**ADAAG CONSULTING SERVICES LLC, FL**                        2003-2013
*Design and Code Consultant Level III*

Objective: To perform Accessibility Consulting, Detailed Facility Surveys, ADA Compliance Evaluation, Implementation Plan Development, ADA Corporate Policy Guidance and Interpretation, ADA Expert Witness Service, ADA Compliance Plan Review for Architects, Engineers and Building Department, Building Code Enforcement, Compliance with Municipal, State and/or Federal Accessibility/ Building Codes and Statutes, Uniform Federal Accessibility Standards (UFAS) Title II Guide Lines and Fair Housing Act (FHA) Compliance Evaluations, Seminars and Workshops, ADA Title II Transition Plan for State and Local Governments Evaluation, Seminar and Workshop, Florida Building Commission Vertical Accessibility Waiver, ADA Construction Cost Estimates, Project Management and ADA Architectural Design

Responsible for the company's design projects throughout design, permitting, construction and contractor supervision. Expert technical code and design consulting services for business franchises and small businesses as well as for public institutions. Provide code compliance plan review and drafting services; manage plan review, and facilities inspection services.

♦  Study clients design needs; develop design concept and coordinate production of construction documents for building department submission. Meet with all trade contractors, review bids, and assign project construction. Manage site work, plans revisions and inspections.

♦  Prepare applications for code variances, license renewals, building's change of use, accessibility, Fair Housing, UFAS compliance. Develop and present accessibility waivers to the Florida Building Commission. Work as a team to prepare RFQ and RFP bids to cities and counties nationwide. Provide consulting nationally for city and county contracts.

♦  Train and mentor growing staff in both consulting services and field work.

♦  Develop codes databases and research logs as key resources for staff. Structure company's resource library to accommodate new incoming material and create a more user-friendly and practical use of resources.

**OMANCA GROUP, LLC, FL**                                    2006-2008
*Project Manager*

Monitoring the work of architects and contractors, Monitoring the design and construction, Time management of the projects, Selection of contractors and personnel, Construction management, Quality control, Field inspector, Budget preparation and control.

## GOVERNMENT OF THE DEPARTEMENT OF SANTANDER, BUCARAMANGA, COLOMBIA  2001
*Civil Engineer – Water  & Sewer Department*

Planning, design, inspection, and improvements for aqueduct and sanitary installations. Flooding Inspection and damage calculations. Budget preparation and coordination.
.

## EDUCATION
***Bachelor Degree in Civil Engineering*** *(January 1996 – December 2000)*
*Universidad Pontificia Bolivariana, Colombia*

## CERTIFICATIONS
***Certified General Contractor*** *(2008)*
*State of Florida Department of Business and Professional Regulations (DBPR)*

***Certified Accessibility Inspector/Plans Examiner*** *(2003)*
*International Conference of Building Officials (ICBO)*

***Certified Building Inspector and Plans Examiner*** *(2003)*
*Southern Building Code Congress International (SBCCI)*

***Certified Building Inspector / Plans Examiner*** *(2003)*
*Building Officials Code Administrators (BOCA)*

***Certified Accessibility Inspector/Plans Examiner*** *(2003)*
*International Code Council (ICC)*

## REFERENCES
Eric Contreras
ADA Chief Consultant
Tel: 305-285-7373 Ext 326

Charles Duke Ferguson, Esq.
De la O, Marko, Magolnick & Leyton
Tel: 305-285-2000

EXHIBIT 2



**SQUARE FEET CONTRACTORS INC.**
General Contractor Services / ADA Specialist

# ACCESSIBILITY INSPECTION REPORT

## Chevron Gas Station

1974 S. Congress Avenue, West Palm Beach FL

Date: March 20th, 2017

Best Regards,

Carlos M. Herrera
CEO - Principal
**SQUARE FEET CONTRACTORS, INC**
Lic. CGC1515566
Certified Accessibility Inspector No. 5218742-21

**Facility : Chevron Gas Station**                                                                 **Report No. CHADA002-032017**

| GENERAL NOTES |
|---|

| | |
|---|---|
| 1 | Public accommodations and commercial facilities must follow the requirements of the 2010 standards, including both the Title III regulations at 28 CFR part 36, subpart D; and the 2004 ADAAG at 36 CFR part 1191, appendices B and D, and the 2012 Florida Accessibility Code for Building Construction. |
| 2 | Public accommodations and commercial facilities must remove architectural barriers to elements subject to the 2010 ADA Standards when it is readily achievable. Elements in existing facilities built or altered in compliance with the 1991 ADA Standards do not need any further modifications. |
| 3 | Alterations to public accommodations or commercial facilities shall be made to ensure that to the maximum extent feasible, altered portions of the facility are readily accessible to persons with disabilities. If the facility chooses to alter elements compliant with 1991 ADA Standards, it is necessary to meet the 2010 ADA standards to the maximum extent feasible. |
| 5 | Signage indicating accessible parking shall display the international symbol of accessibility and be mounted at 60" (1525) min. above the ground floor to the characters and symbols. |
| 6 | All accessible routes shall be stable, firm and slip resistant, and have a cross slope not exceeding 2%. |
| 7 | Wall mounted protruding objects mounted between 27"- 80" (685 mm -2032 mm) shall not project more than 4" (101 mm) from back wall to outer leading edge (ADA Fig. 307.2). |
| 8 | Except as noted, handrails shall be mounted on both sides of ramp between 34" - 38" (863 mm - 965 mm) above the finished floor to top of gripping surfaces.  Handrails shall extend 12" (304 mm) min. beyond the top and bottom of the ramp segment and have a gripping surface of 1.25" to 2" (32 mm to 50 mm) with a space between the wall and the handrail of 1.5" (38 mm) (2010 ADA Fig. 405.9.1-2). |
| 9 | All doors that are part of an accessible route shall comply with 404, if doors provide user passage they shall comply with 404.2.3 providing a minimum clear opening of 32" (815 mm) with the door opened 90 degrees, measured between the face of the door and the opposite stop (2010 ADA Fig. 404.2.3). |
| 10 | All doors that are part of an accessible route shall have door hardware not requiring pinching, tight grasping or turning of the wrist to operate. |
| 11 | All doors that are part of an accessible route shall have door thresholds shall provide a  0.5" (12 mm) max. change of level, beveled with a slope no greater than 1:2 (2010 ADA Fig. 303.2). |
| 12 | Except as noted, tactile characters on interior signage shall be located at 48" (1370 mm) min. above the floor measured to the baseline of the lowest tactile character and 60" (1675 mm) max. above the finished floor measured from the baseline of the highest tactile character (2010 ADA Fig. 703.4.1). |
| 13 | All accessible bathrooms shall provide the required clear 60" (1524 mm) min. diameter wheelchair turnaround space or T-shaped space (2010 ADA Fig. 304.3.2). |
| 14 | Except as noted, all GRAB BARS shall have 1.25" - 1.5" (32 mm - 38 mm) diameter and be mounted at 33"- 36" (838 mm - 914 mm) above the finished floor to the top of gripping surfaces. |
| 15 | All accessible elements including, but not limited to storage, shelves, clothes rods, clothes drying line, switches, outlets, thermostats, and fire extinguishers shall be mounted within reach ranges at 48" (1220 mm) max. above the finished floor for forward or side approach to object (2010 ADA Fig. 308.2.1-2). Shelves shall be mounted at 40" (1015 mm) min. above the finished floor. |
| 16 | In existing facilities visible alarms shall not be required except where an existing fire alarm is upgraded or replaced or a new fire alarm system is installed. |
| 17 | It is important to note that items such as partitions, stalls, doors latches, commodes, grab bars, faucet and door hardware, coat hooks, and amenities such as toilet paper and paper towel dispensers, soap dispensers, tend to break down due to normal wear and tear and are subject to change frequently due to regular maintenance, remodeling, and repairs. Moreover, over the course of time, handicap parking signs tend to fall down, tire stops tend to become dislodged, paint fades and concrete and asphalt tends to crumble, break down, chip and crack. It is therefore necessary to implement and adhere to a policy and procedure whereby all accessible features are properly maintained and kept in proper location and working order and free of obstructions. |

| Line | Building | Address | Fl. | Location | Item No. | Issue | ADAAG | 2010 ADA Code | Proposed Correction | Photo | Comments | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | Chevron Gas Station | 1974 S. Congress Avenue, West Palm Beach, FL | 1st | Accessible Parking Space | 001 | Access aisle is not outlined in white and blue as per local law regulation. | FBC§11-4.6 | FAC§502.3.3 | Provide an accessible parking space 144" (3.65 m) wide, 18 ft (5.48 m) long, with a 60" (1525 mm) min. wide access aisle and re-stripe or outline in blue (FBC Fig. 9, FDOT Index # 17346). | 012 | | $600.00 |
| | | | | | 002 | Accessible parking space has a non-compliant signage indicating accessible parking as per local law regulations. | FBC§11-4.6 | FAC§502.6.1 | Florida accessible signs must indicate the penalty for illegal parking space in addition to the accessible parking symbol required by the ADA. | 012 | | $150.00 |

**Facility : Chevron Gas Station**

**Report No. CHADA002-032017**

| Line | Building | Address | Fl. | Location | Item No. | Issue | ADAAG | 2010 ADA Code | Proposed Correction | Photo | Comments | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 003 | Furniture encroaching over the access aisle and the accessible parking space. Failing to maintain the accessible parking space free of obstacles. | §4.6.3 | §502.4 | Remove furniture to provide an accessible parking space 144" (3.65 m) wide, 18 ft (5.48 m) long, with a 60" (1525 mm) min. wide access aisle (FBC Fig. 9, FDOT Index # 17346). | 012 | Maintenance | $0.00 |
| 002 | Chevron Gas Station | 1974 S. Congress Avenue, West Palm Beach, FL | 1st | Unisex Restroom | 004 | Permanent room identifying signage is mounted on the door leaf. | §4.30.6 | §703.4.1 | Provide signage on latch side with raised characters and grade 2 Braille, mounted at 48 inches min. measured from the baseline of the lowest tactile character and 60 inches max. from the baseline of the highest tactile character (2010 ADA Fig. 703.4.1). | 013 | | $25.00 |
| | | | | | 005 | Maneuvering clearance on the push side of the door is 6.25". | §4.13.6 | §404.2.4 | Rework door side partition to provide the required 12" (304 mm) min. maneuvering clearance on the push side of the door handle side beyond the latch and 48" (1219 mm) min. deep clear floor area (For doors with latch and closer) (2010 ADA Fig. 404.2.4.1). | 008 009 010 | | $900.00 |
| | | | | | 006 | Water closet flush control is mounted on top of the water tank. | §4.16.5 | §604.6 | Relocate water closet flush control toward the open side or install an electronically controlled mechanism. | 001 002 | Cost included in item No. 007. | $0.00 |
| | | | | | 007 | Water closet is centered at 19.25" from side wall. | §4.16.2 | §604.2 | Relocate water closet and center between 16" and 18" (406 mm - 457 mm) from side wall ( 2010 ADA Fig. 604.2). | 003 | | $900.00 |
| | | | | | 008 | Clear floor space does not provide the required diameter wheelchair turnaround space in room. | §4.2.3 | §304.3 | Reconfigure room's fixtures and/or offset partitions to provide the required clear 60" (1524 mm) min. diameter wheelchair turnaround space or a T-shaped space  (2010 ADA Fig. 304.3.2). | 006 007 | | $4,650.00 |

**Facility : Chevron Gas Station**

**Report No. CHADA002-032017**

| Line | Building | Address | Fl. | Location | Item No. | Issue | ADAAG | 2010 ADA Code | Proposed Correction | Photo | Comments | Cost |
|------|----------|---------|-----|----------|----------|-------|-------|---------------|---------------------|-------|----------|------|
| | | | | | 009 | Hand dryer is mounted beyond required reach allowed for approach provided and is mounted at 53.25" above the finished floor. | §4.2.5 | §308.2.1 | Lower or install at 48" (1219 mm) max. above the finished floor for forward approach to object  (2010 ADA Fig. 308.2.1). | 004 | | $150.00 |
| | | | | | 010 | Lavatory is mounted at 35" above the finished floor to top of rim. | §4.19.2 | §606.3 | Relocate lavatory at 34" (863 mm) max. above the finished floor to front end of rim or counter. | 005 | | $450.00 |
| | | | | | | | | | | | Subtotal | **$7,825.00** |
| | | | | | | | | | | | Overhead and Profit 10% | $    782.50 |
| | | | | | | | | | | | A/E 10% | $    782.50 |
| | | | | | | | | | | | **Total** | **$9,390.00** |

# Photo Reference



001



002



003



004



005



006



007



008



009



010



012



013

EXHIBIT 3

**Facility : Chevron Gas Station**                                                                    **Report No. CHADA002-032017**

| NOTE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | The following report is based on photographs and measurements provided by the Plaintiff at the time of their visit. | | | | | | | | | | |

| Line | Building | Address | Fl. | Location | Item No. | Issue | ADAAG | 2010 ADA Code | Proposed Correction | Photo | Comments | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | Chevron Gas Station | 1974 S. Congress Avenue, West Palm Beach, FL | 1st | Accessible Parking Space | 001 | Access aisle is not outlined in white and blue as per local law regulation. | FBC§11-4.6 | FAC§502.3.3 | Provide an accessible parking space 144" (3.65 m) wide, 18 ft (5.48 m) long, with a 60" (1525 mm) min. wide access aisle and re-stripe or outline in blue (FBC Fig. 9, FDOT Index # 17346). | 002 | | $600.00 |
| | | | | | 002 | Accessible parking space has a non-compliant signage indicating accessible parking as per local law regulations. | FBC§11-4.6 | FAC§502.6.1 | Florida accessible signs must indicate the penalty for illegal parking space in addition to the accessible parking symbol required by the ADA. | 001 | | $150.00 |
| | | | | | 003 | Equipment is encroaching over the accessible parking space. Resulting from a failure to maintain the accessible parking space free of obstacles. | §4.6.3 | §502.4 | Remove encroaching item and maintain free of such obstruction(s) to provide an accessible parking space 144" (3.65 m) wide, 18 ft (5.48 m) long, with a 60" (1525 mm) min. wide access aisle (FBC Fig. 9, FDOT Index # 17346). | 002 | Maintenance | $0.00 |
| | | | | | 004 | Dumpster is encroaching over the access aisle and the accessible parking space. Resulting from a failure to maintain the accessible parking space free of obstacles. | §4.6.3 | §502.4 | Remove encroaching item maintain free of such obstruction(s) to provide an accessible parking space 144" (3.65 m) wide, 18 ft (5.48 m) long, with a 60" (1525 mm) min. wide access aisle (FBC Fig. 9, FDOT Index # 17346). | 002 | Maintenance | $0.00 |
| 002 | Chevron Gas Station | 1974 S. Congress Avenue, West Palm Beach, FL | 1st | Main Entrance | 005 | Floor mat is not firmly attached to the floor. | §302.1 | §302.1 | Provide a securely attached carpet with a leveled loop or level cut pile, with texture height that is 0.5" (13 mm) max. and has a firm cushion pad or backing (2010 ADA Fig. 302.2) | 006 | | $50.00 |

**Facility : Chevron Gas Station**                                      Report No. CHADA002-032017

| Line | Building | Address | Fl. | Location | Item No. | Issue | ADAAG | 2010 ADA Code | Proposed Correction | Photo | Comments | Cost |
|------|----------|---------|-----|----------|----------|-------|-------|---------------|---------------------|-------|----------|------|
| 003 | Chevron Gas Station | 1974 S. Congress Avenue, West Palm Beach, FL | 1st | Unisex Restroom | 006 | Water closet has a 36" long side wall grab bar. | §4.16.4 | §604.5.1 | Install a 42" (1066 mm) min. long side wall grab bar at 54" (1371 mm) min. perpendicular from rear wall to centerline of outer flange and mount at 33"-36" (838 mm - 914 mm) above the finished floor to the top of the gripping surface  (ADAAG Fig. 604.5.1) | 003 016 | | $150.00 |
| | | | | | 007 | Non-compliant knob-type door hardware, requiring grasping and turning of the wrist to operate. | §4.13.9 | §404.2.7 | Replace or retrofit with system operable with one hand, not requiring pinching, tight grasping or turning of the wrist to operate. | 007 | | $125.00 |
| | | | | | 008 | Water closet flush control is toward the wall side. | §4.16.5 | §604.6 | Rotate water closet flush control toward the open side or install an electronically controlled mechanism. | 005 | | $600.00 |
| | | | | | 009 | Hand dryer is mounted beyond required reach allowed for approach provided and is mounted at 53.75" above the finished floor. | §4.2.5 | §308.2.1 | Lower or install at 48" (1219 mm) max. above the finished floor for forward approach to object  (2010 ADA Fig. 308.2.1). | 004 | | $150.00 |
| | | | | | 010 | Lavatory knob-type faucet requires pinching and tight grasping to operate. | §4.19.5 | §606.4 | Replace or retrofit lavatory controls with paddle-operated, push-type or electronically-controlled mechanism. | 008 | | $125.00 |
| | | | | | 011 | Water closet does not have a rear wall grab bar. | §4.16.4 | §604.5.2 | Install a 36" (914 mm) min. long rear wall grab bar and mount between 33" and 36" (838 mm - 914 mm) above the finished floor to the top of the gripping surface (2010 ADA Fig. 604.5.2). | 009 | | $150.00 |

**Facility : Chevron Gas Station**                                                                                    **Report No. CHADA002-032017**

| Line | Building | Address | Fl. | Location | Item No. | Issue | ADAAG | 2010 ADA Code | Proposed Correction | Photo | Comments | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 012 | Floor mat is not firmly attached to the floor. | §302.1 | §302.1 | Provide a securely attached carpet with a leveled loop or level cut pile, with texture height that is 0.5" (13 mm) max. and has a firm cushion pad or backing (2010 ADA Fig. 302.2). | 010 | | $50.00 |
| | | | | | 013 | Lavatory does not provide the required knee clearance. | §4.19.2 | §606.2.2 | Rework lavatory to provide the required 27" (685 mm) min. knee clearance above the finished floor to bottom leading edge of fixture at an 8" (203 mm) min. horizontal projection (2010 ADA Fig. 306.3). | 011 015 | | $600.00 |
| | | | | | 014 | Trash bin encroaches over the hand dryer clear floor space. Resulting from a failure to maintain the accessible clear floor space. | §4.2.4 | §305.3 | Relocate encroaching item and maintain free of such obstruction(s) to provide a 30" by 48" (762 mm by 1219 mm) min. wheelchair clear floor space (ADAAG Figs. 305.3-305.5). | 011 | Maintenance | $0.00 |
| | | | | | 015 | Mop bucket encroaches over the hand dryer clear floor space. Resulting from a failure to maintain the accessible clear floor space. | §4.2.4 | §305.3 | Relocate encroaching item and maintain free of such obstruction(s) to provide a 30" by 48" (762 mm by 1219 mm) min. wheelchair clear floor space (ADAAG Figs. 305.3-305.5). | 012 | Maintenance | $0.00 |
| | | | | | 016 | Paper towel dispenser is mounted beyond required reach allowed for approach provided and is mounted at 66" above the finished floor. | §4.2.5 | §308.2.1 | Lower or install paper towel dispenser at 48" (1219 mm) max. above the finished floor to highest operable part for forward approach to object (2010 ADA Fig. 308.3.1). | 014 | | $50.00 |
| | | | | | | | | | | | Subtotal | **$2,800.00** |
| | | | | | | | | | | | Overhead and Profit 10% | $ 280.00 |
| | | | | | | | | | | | A/E 10% | $ 280.00 |
| | | | | | | | | | | | **Total** | **$3,360.00** |



001



002



003



004



005



006



007



008



009


010


011


012


013


014


015


016