

9:17-cv-80103-RLR

PLAINTIFF'S EXHIBIT

No: 1